UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL WILDEY JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. NICOLAS SALAMONE, in his official and individual capacities, CPL. BRADLEY ELLMANN, in his official and individual capacities, and CHESTER TOWNSHIP, NEW JERSEY,<br><br>    Defendants. | Civil Action No. 2:26-cv-01672 (JKS) (CF)<br><br>**NOTICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR A PRELIMINARY INJUNCTION AND/OR PERMANENT INJUNCTION**<br><br>**MOTION DATE: March 16, 2026**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that on March 16, 2026, Plaintiff, Michael Wildey Jr., will move before this Court at the U.S. District Court Courthouse located at the Martin Luther King Building & U.S. Courthouse – 50 Walnut Street – Newark, N.J. 07102 for an Order: 1) Pursuant to Fed. R. Civ. P. 65, issuing a temporary restraining order and/or a preliminary injunction, and/or entry of a permanent injunction enjoining Defendants, their agents, employees, and all persons acting in concert with them, from unlawfully and unconstitutionally prohibiting Plaintiff from engaging in observing and photographing police activity occurring in public spaces and, upon consolidating the hearing with the trial on the merits per Rule 65(a)(2), granting judgment to Plaintiff on all questions of liability and entering a permanent injunction; and/or 2) for such other further relief as the Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff shall rely upon the accompanying Verified Complaint, the exhibits annexed hereto, and the accompanying Memorandum of Law dated February 20, 2026.

PLEASE TAKE FURTHER NOTICE that a Proposed Form of Order is annexed hereto pursuant to Local Rule 7.1(e).

Dated: February 20, 2026.

Respectfully Submitted,

/s/ Vincent S. Verdiramo
Vincent S. Verdiramo, 024691986
vincent@verdiramolaw.com
Verdiramo & Verdiramo Esqs. PA
3163 Kennedy Boulevard
Jersey City, New Jersey 07306
Tel: 201-798-7082

/s/ Alan R. Levy
Marc J. Randazza (*PHV Forthcoming*)
ecf@randazza.com
Alan R. Levy, 032071999
arl@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
(978) 801-1776

*Counsel for Plaintiff, Michael Wildey Jr.*

RANDAZZA | LEGAL GROUP

Notice of Motion