

*Founded 1884*

# GEBHARDT & KIEFER
## A PROFESSIONAL CORPORATION
### L A W   O F F I C E S

RICHARD P. CUSHING ■ ♦ φ •
WILLIAM J. RUDNIK ■ ♦ φ •
LESLIE A. PARIKH
MATTHEW P. LYONS ■
ELIOT M. GOLDSTEIN ▼
DIANA N. FREDERICKS ▼ ♦ φ •
JACOB A. PAPAY, JR. ■
LORI KOPF MACWILLIAM ■ ▼
SHARON M. FLYNN ■
JESSICA S. SWENSON φ •
TARA A. ST. ANGELO ▼
ROBERT J. PAPAZIAN ▼ ★
BENJAMIN V. KLEIN
SUSAN M. KENNEDY
KIMBERLY L. FORINO
LINDA M. BROWN ▼
ARTHUR D. FIALK

■ ALSO MEMBER OF PA BAR
▼ ALSO MEMBER OF NY BAR
★ ALSO MEMBER OF ME BAR
♦ CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY
φ TRAINED DIVORCE MEDIATOR
• TRAINED IN COLLABORATIVE DIVORCE

**M A I N   O F F I C E :**
1318 Route 31 North, Annandale, NJ  08801
(*send mail & packages to this address*)

**S O M E R S E T   C O U N T Y   O F F I C E :**
92 E. Main St., Suite 308, Somerville, NJ  08876

Telephone  (908) 735-5161
Facsimile  (908) 735-9351
www.gklegal.com

LESLIE A. PARIKH
lparikh@gklegal.com

March 3, 2026

***Via CM/ECF***
The Honorable Jamel K. Semper
U.S.D.J. U.S. District Court
for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> ***Re:***    ***Wildey* v. *Salamone, et al.***
> ***Case No. 2:26-cv-01672 (JKS) (CF)***

Dear Judge Semper:

Please be advised that this Firm serves as municipal counsel for Defendant, Township of Chester. Enclosed herewith for filing is our Notice of Appearance in the above-referenced matter.

We respectfully request that the Court adjourn Plaintiff's pending Motion for Temporary Restraints, presently returnable on March 16, 2026, for an additional fifteen (15) days. Although Plaintiff's counsel (Randazza Legal Group) has consented to extend the Township's deadline to file opposition from March 3, 2026, to March 6, 2026, the Township was formally served with the Verified Complaint and accompanying motion papers only yesterday, March 2, 2026. Moreover, it is our understanding that the individually named defendants have not yet been served.

Under these circumstances, the Township has not had a meaningful opportunity to prepare a thorough response and opposition to the relief sought.

We appreciate the Court's consideration of this request and will promptly submit a proposed form of Order at the Court's direction.

Respectfully submitted,

**LESLIE A. PARIKH**

LAP/jn
cc:    Vincent Verdiramo, Esq.
       Alan R. Levy, Esq.
       Marc J. Randazza, Esq